SCWC-13-0001182

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CREDIT ASSOCIATES OF MAUI, LTD.,
Respondent/Plaintiff-Appellee,

vs.

WILLIAM K. FREITAS AND CINDY K. FREITAS,
Petitioners/Defendants-Appellants,

and

PA'A POHAKU BUILDERS, INC.,
Respondent/Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0001182; CASE NO. 3RC12-01-112K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants-Appellants William K. Freitas and Cindy K. Freitas's application for writ of certiorari filed on August 30, 2017, is hereby rejected.

DATED: Honolulu, Hawai'i, October 6, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

